

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2021**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-32123-SGJ-7 |
| JRJR33, INC., and | § | CASE NO. 18-32124-SGJ-7 |
| THE LONGABERGER COMPANY | § | |
| | § | Jointly Administered Under |
| Debtors. | § | Case No. 18-32123-SGJ-7 |

| | | |
|---|---|---|
| ROBERT YAQUINTO, JR., CHAPTER 7 | § | |
| TRUSTEE, | § | |
|       Plaintiff, | § | |
| | § | ADV. CASE NO. 20-03086 |
| v. | § | |
| | § | |
| JGB COLLATERAL, LLC, JGB | § | |
| CAPITAL, LP, JGB (CAYMAN) PORT | § | |
| ELLEN, LTD., JGB PARTNERS, LP, | § | |
| ROCHON CAPITAL PARTNERS | § | |
| LENDING, LTD. f/k/a ROCHON | § | |
| CAPITAL PARTNERS, LTD., JOHN P. | § | |
| ROCHON, and DONNA ROCHON, | § | |
| | § | |
|       Defendants. | § | |

---

ORDER ON DEFENDANTS JGB COLLATERAL, LLC, JGB CAPITAL, LP,
JGB (CAYMAN) PORT ELLEN, LTD., AND JGB PARTNERS, L.P.'S MOTION
TO DISMISS UNDER RULE 12(B), OR, IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT, AND BRIEFS IN SUPPORT [DKT. NO. 8]          PAGE 1

### ORDER ON DEFENDANTS JGB COLLATERAL, LLC, JGB CAPITAL, LP, JGB (CAYMAN) PORT ELLEN, LTD., AND JGB PARTNERS, L.P.'S MOTION TO DISMISS UNDER RULE 12(B), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT, AND BRIEFS IN SUPPORT [DKT. NO. 8]

Came on to be considered, *Defendants JGB Collateral, LLC, JGB Capital, LP, JGB (Cayman) Port Ellen, Ltd., and JGB Partners, L.P.'S Motion to Dismiss Under Rule 12(B), or, in the Alternative, Motion for a More Definite Statement, and Briefs in Support* [Dkt. No. 8] (the "Motion"). The Court held a hearing on the Motion on March 30, 2021, and heard argument from counsel for JGB Collateral, LLC, JGB Capital, LP, JGB (Cayman) Port Ellen, Ltd., and JGB Partners, L.P. ("JGB Defendants") and counsel for Plaintiff-Trustee Robert Yaquinto, Jr. ("Trustee"). The Court, having considered the arguments of counsel and the pleadings and papers before it, and for the reasons stated on the record, concludes that the Motion should be denied. It is therefore

**ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that the Trustee is granted leave to amend the *Trustee's Original Adversary Complaint* [Dkt. No. 1] for the sole and exclusive purpose of addressing the proof of claim filed by Defendant Rochon Capital Partners Ltd. on February 3, 2021 in the underlying bankruptcy case of JRjr33, Inc. until 14 days following entry of this order; and it is further

**ORDERED** that the JGB Defendants shall answer or otherwise respond to the amended complaint on or before 20 days following its filing or, in the event that no amended complaint is filed, on or before May 17, 2021.

### END OF ORDER ###

Submitted by:

/s/ Kathryn G. Reid
Kathryn G. Reid
State Bar No.  24068126
ROCHELLE MCCULLOUGH, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone:  214-953-0182
Facsimile:  888-467-5979
kreid@romclaw.com
Attorney for Trustee

Agreed as to form only:

**BELL NUNNALLY & MARTIN LLP**
By: /s/ Russell W. Mills
Russell W. Mills
Texas Bar No. 0078469
rmills@bellnunnally.com
Jeffrey S. Lowenstein
Texas Bar No. 24007574
jlowenstein@bellnunnally.com
Gwen I. Walraven
Texas Bar No. 24047065
gwalraven@bellnunnally.com
David G. Webster
Texas Bar No. 24081199
dwebster@bellnunnally.com
R. Kent Love
Texas Bar No. 24102114
klove@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214-740-1400 Telephone
214-740-1499 Facsimile
Attorneys for JGB Defendants